TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FERNANDA MUNOZ
Special Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

☒ FILED  ☐ LODGED
Oct 09 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 25-4308-TUC-EJM |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violation: |
| Mayra Liseth Farinango-Goveo, | 19 U.S.C. §§ 1459(a), (e)(1), & (g) (Reporting Requirements for Individuals) (Class A Misdemeanor) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about October 8, 2025, in the District of Arizona, at or near Lukeville, Arizona, Mayra Liseth Farinango-Goveo, upon arrival in the United States other than by vessel, vehicle, or aircraft intentionally failed to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security or immediately failed to report their arrival and present themselves for inspection to a Customs Officer at a facility designated by immigration officials for that crossing point; all in violation of Title 19, United States Code, Sections 1459(a), (e)(1), & (g), a Class A misdemeanor.

October 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Terry M. Meinecke* for

FERNANDA MUNOZ
Special Assistant U.S. Attorney